# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# REDDING BRANCH

UNITED STATES OF AMERICA          CASE NO. 3:17-cr-0003 CMK

vs.          ORDER TO PAY

CARRIANNE M. ROSE

The Defendant, having been found guilty of Count 2, after entry of a no contest plea thereto, is placed on three years unsupervised court probation subject to the following conditions.

1. Defendant shall pay a fine of $475.00 and special assessment of $25.00 for a total of $500.00, in monthly installments of $50.00 or more per month beginning January 1, 2018. Payments shall be made to the Clerk, U.S. District Court, 501 I Street, Sacramento, CA 95814.

2. During the term of probation Defendant shall obey all state, federal and local laws.

3. Defendant shall not enter land supervised by the Bureau of Land Management during the term of probation.

DATED: November 28, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE